**Electronically Filed
Supreme Court
SCWC-19-0000742
25-JUL-2024
10:13 AM
Dkt. 15 ODAC**

SCWC-19-0000742

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

KENNETH Y. KAI and TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1998
TRUST, Respondents/Plaintiffs/Counterclaim Defendants/Third-
Party Defendants Appellees,

vs.

HAWAIIAN RIVERBEND, LLC, Respondent/Defendant-
Counterclaimant/Third-Party Complainant-Appellant,

and

MICHAEL MIROYAN, Petitioner/Defendant-Appellant,

and

COUNTY OF HAWAIʻI, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000742; CASE NO. 3CC15100164K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ., and
Circuit Judge Watanabe, in place of Ginoza, J., recused)

The application for writ of certiorari filed on June 14,
2024, by Petitioner/Defendant-Appellant Michael Miroyan, is
hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 25, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Kathleen N.A. Watanabe

